IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDELMIRO SOSA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-146 |
| | § | CRIMINAL NO. B-14-641-2 |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's June 12, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 5] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Edelmiro Sosa's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied because he waived the right to file this appeal and, further, because the petition is meritless. The issuance of a Certificate of Appealability is denied.

Signed on August 1, 2017.

Andrew S. Hanen
United States District Judge